AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-cr-00028 |
| **JASON DOLAN** | ) Assigned To : Judge Amit P. Mehta |
| | ) Assign. Date : 5/26/2021 |
| | ) Description: SUPERSEDING INDICTMENT (B) |
| | ) Related Case: 21-cr-28 (APM) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **JASON DOLAN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy); 18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding and Aiding and Abetting); 18 U.S.C. §§ 1361, 2 (Destruction of Government Property and Aiding and Abetting); 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)

Date: 05/26/2021

Robin M. Meriweather
2021.05.26 15:48:06
-04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/26/21, and the person was arrested on *(date)* 05/27/21
at *(city and state)* Wellington, Florida.

Date: 05/27/21

J. Spence, FBI SA
*Arresting officer's signature*
*Printed name and title*