UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JASON DOLAN,

Defendant.

Criminal No. 21-cr-28-APM

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Criminal Local Rule 44.1(d), Defendant Jason Dolan moves for the admission and appearance of attorney Michael T. van der Veen *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Michael T. van der Veen, filed herewith.

Michael T. van der Veen is admitted and an active member in good standing in the following courts of bars: Commonwealth of Pennsylvania, State of New Jersey, State of Illinois, Supreme Court of the United States, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Middle District of Pennsylvania, United States District Court for the District of New Jersey, United States Court of Appeals for the Seventh Circuit, and United States Court of Appeals for the Third Circuit.

This motion is supported and signed by Elizabeth L. Van Pelt, an active and sponsoring member of the Bar of this Court.

Dated this 7th day of June, 2021.

Thank you,

Elizabeth L. Van Pelt /s/
Elizabeth Lauren Van Pelt
*DC Bar No. 1615865*
LIBBEY VAN PELT LAW, PLLC

3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
(571) 356-9066