**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 21-cr-28-APM |
| JASON DOLAN, | |
| Defendant. | |

**DECLARATION OF MICHAEL T. VAN DER VEEN**
**IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Michael T. van der Veen, hereby declare:

1. My office is located at 1219 Spruce Street, Philadelphia, PA 19107. My telephone number is (215) 546-1000.

2. Since 1995, I have been admitted to practice law in the Commonwealth of Pennsylvania. Since 1996, I have been admitted to practice law in the State of New Jersey. Since 1991, I have been admitted to practice law in the State of Illinois. Since 2001, I have been admitted to practice law before the Supreme Court of the United States. Since 1995, I have been admitted to practice law before the United States District Court for the Eastern District of Pennsylvania. Since 2017, I have been admitted to practice law before the United States District Court for the Middle District of Pennsylvania. Since 1997, I have been admitted to practice law before the United States District Court for the District of New Jersey. Since 1991, I have been admitted to practice law before the United States District Court for the Northern and Central Districts of Illinois. Since 1993, I have been admitted to practice law before the United States Court of Appeals for the Seventh Circuit. Since 1996, I have been admitted to practice law before the United States Court of Appeals for the Third Circuit.

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been disciplined by any bar.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Philadelphia, Pennsylvania, this 7th day of June, 2021.

                                        Respectfully submitted,

BY:   */s/ Michael T. van der Veen*
        Michael T. van der Veen
        Attorney for Plaintiff
        Pennsylvania Bar ID #: 75616
        1219 Spruce Street
        Philadelphia, PA 19107
        Email: mtv@mtvlaw.com
        P: (215)-546-1000
        F: (215)-546-8529