**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JASON DOLAN,<br><br>Defendant. | Criminal No. 21-cr-28-APM |

**ORDER GRANTING MOTION FOR ADMISSION**
**OF ATTORNEY MICHAEL T. VAN DER VEEN *PRO HAC VICE***

The Court has reviewed Defendant Jason Dolan's motion for admission of attorney Michael T. van der Veen *pro hac vice*. Upon consideration of that motion, the Court grants Michael T. van der Veen *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED:

_____
United States District Judge