**Information obtained from the following website:**

https://www.thegatewaypundit.com/2021/05/huge-exclusive-us-capitol-doors-jan-6-magnetically-locked-someone-inside-capitol-security-release

**Title of Article:**

EXCLUSIVE: US Capitol Doors on Jan. 6 Were Magnetically Locked – Someone Inside Capitol Security Had to Release the Lock to Open the Doors (VIDEO)

By Jim Hoft
Published May 24, 2021 at 8:00am
2713 Comments
-lock-open-doors-video/



**Information from the article:**

"This man wanted to remain anonymous. We spoke with Attorney Kellye Sorell about his story. He believes the government is planning to arrest him."

"According to this American patriot, who is a US Marine veteran who worked overseas at a US Embassy, the doors on the US Capitol are electronically controlled magnetic locked doors. And someone inside the security booth at the US Capitol opened the doors!"

"UPDATE– We received this from a reader on magnetic doors. A fire alarm set off from the inside — which did not happen — can also unlock the doors.

Information on magnetic locks. Magnetic locks are strong. But according to safety, mag locked doors must have an egress option in case of fire or emergency exit. Therefore there are 2 options to allow mag locked doors to open. One is fire alarm. If fire alarm goes off, mag locks will unlock if wired correctly. The second option is a REX sensor. (Request to exit). Rex sensor is an interior ceiling mounted (normally) proximity sensor.

Both of these options involve someone on the inside."

**Transcribed from audio- listed on article website.**

"Here is what we were told.

**Retired Marine:** We're on the top level now – about 15 feet from the doors just before they opened up. People are yelling and screaming. Everyone's cheering, all kind of stuff. It's chaotic. But we're just kind of there. And then all of the sudden the doors open up from the inside. I have a picture taken about two seconds before the doors opened. And then I have a picture taken about six seconds later and the doors were open.

**Jim Hoft:** And they were not opened from the outside?

**Retired Marine:** They were opened from the inside. Now one of the stories I read recently was that some Marine, some Marine Major, went inside and managed to run around and open up the doors. And I think that was on your website, as well. But here's what I can tell you about magnetic locks. If a door is locked by a mag lock it cannot be opened from the outside or the inside unless the person controlling that door opens that door by turning off the magnetic lock which those doors according to the photos I took are equipped with.

**Jim Hoft:** Holy cow! That's really big news there!

**Retired Marine:** Now these magnetic locks, I worked in the American embassy overseas. They are very, very strong.

**Jim Hoft:** I'm sure and they, you would think at the US Capitol they would have top security there.

**Retired Marine:** Now to give you an idea how strong they are, you could tie a chain to the handlebars of the door and tie it onto a truck. And you can take off with the truck and it is probably going to rip the door handles off but it is not going to open that door. The only way those doors can be opened if they want to be opened is from inside a security booth that is also equipped with a magnetic lock.

**Jim Hoft:** Has this ever been reported?

**Retired Marine:** Not that I've heard of.

**Jim Hoft:** Oh my God, this is really big!

**Retired Marine:** If those magnetic locks had been engaged, in other words, if Capitol Police did not want people opening that door. Now I can understand they might say, "We had police outside so we didn't want to engage them." If they did not want those magnetic locks open, there is NOTHING, nothing, no person, no group of people, no hundreds of people who could have opened those doors. No one. Unless the Capitol Police wanted those doors open. As soon as those doors were open, I was lifted off my feet. There was a forward momentum."

**Video Transcript:**    Length: 10:35. beginning image - split screen magnetic doors in both side by side images, with large camera seen to left side of screen and yellow flag and an American flag on right side of screen. Areas of magnetic door locking system highlighted in red box.

"The Gateway Pundit altered the voice quality at the request of this witness."

{Time markers are approximates, and this is not a perfect transcription}

**Retired Marine:** Do you know the infamous stack video where they say the Oath Keepers moved in a military manner up the steps to breach the Capitol.

**Jim Hoft (probable):** Umm I'm sorry, yea, and it was all propaganda

**RM**: Correct. So, I was up on the steps with another member of Oath Keepers {marker 0:19} and what had end up happening is we didn't know where anybody was...

**JH**: Oh Ok.

**RM:** alright so I am on the steps with only one other member of Oath Keepers, and we actually at this point we see other Oath Keepers down at the bottom of the steps and we just raise our hands and kid of wave at them and they see us, and at this point everybody is starting to sing the national anthem..{marker 0:46}

**JH:** Ok

**RM**: you know the Star Spangled Banner, and umm they see us and we wave and they start moving up the steps in a line to come meet up with us {marker 1:00}, and that's where you have the infamous stack video.

**JH:** Right, there it is..

**RM:** So, they move up to our position, and I call it position, cause [its] where we were standing. and once they get to us we all kind of wind up on the stairs and everybody is singing the national anthem, nobody, nobody, has any intention of pushing through or trying...**JH:** Uh HuH...    **RM:**    to breach {marker 1:28} or go into the Capitol.

**JH:** Well it looks like you guys are, Uh, I remember watching this video now, and it looks like everybody is looking out away from the Capitol, they're not looking inside the Capitol. [**RM's** voice unintelligible garbled RM and JH talking at same time] like they want to get in..

**RM:** Correct, because we are all singing the national anthem.

**JH:** Right and waving Trump flags and American Flags, and that video, [ss] that video incriminates no one, Right,

**RM:** that is correct

**JH:** there is no illegal activity going on in that video, in fact what it does is it shows a peaceful group of people,{marker 2:01} large group, singing the anthem waving American Flags, looking away from the Capitol., so that's amazing.

**RM:** so, what's interesting for that video most people show the stack video where they are all walking up..

**JH:** Yeah..

**RM: ....** But they cut it, what they don't show is them all lining up on the steps {marker 2:21} turning and facing out away from the Capitol [unintelligible]..singing the National Anthem.

**JH:** Uh Huh...yea..

**RM:** Um Again, at that point there's never any intention to go into the Capitol, there was no preplanned...

**JH:** Yea...Right, and there never was a preplanned operation as far as you know. Correct? {marker 2:42}

**RM:** As far as I know there was never any preplanned, intention, operation, criteria, to go into the Capitol.

**JH:** Right, or even mention, I mean..**RM:** No.. **JH:** I..yea it's just ahh, I mean it's just outrageous, and we know today that the media is like consistently about this whole event... So anyway, I see this video now, Um, tell me what happens.

**RM:** So BBC actually showed the whole video where they came up and wound up on the steps, umm my wife had found it, but there was nothing after that I have ever seen on another news organization or anything else. **JH:** oh ok...**RM:** it was just what we saw was the BBC video **JH**: OK     **RM:** which showed everybody just lining up on the steps staring out and singing the national anthem. {marker 3:33}

**JH:** OK

**RM:** Alright so everybody is standing on the steps, right

**JH:** Right

**RM:** Umm, at that point a whole lot of people surrounding us started cheering saying "Oath Keepers, Oath Keepers, Oath Keepers" and you know everybody was raising their hands going.."yeaaaa"you know..**JH:** Yea..**RM:** it was a pretty chaotic event, umm but they started screaming "Oath Keepers" **JH:** Right.. **RM:** and so I, I don't know who it was or who from the group or whoever it was but at some point when everybody was yelling and screaming "Oath Keepers" somebody decided to turn and go, start going up the stairs a little further. **JH:** Oh ok.. **RM:** closer to the doors of you know the entrance.

**JH:** right

  **RM:** now mind you {marker 4:26}, so we do that we walk up, now were again on the group of 15

people, Oath Keepers, are sitting on top, of that,[unintelligible] you know, about 15 ft away from the doors.

**JH/RM??:** Uh Huh

**RM:** Now I don't know how familiar you are with magnetic locks {marker 4:47}.. have you ever heard of them?

**JH:** Uhh no not really no [somewhat garbled]

**RM:** alright so this is it's a little important to the story because I am familiar with them, I am a 20 year US Marine Veteran, I am retired and I worked in the US embassy , I had top secret SCI which is a Secrete Compartmentalized Information Clearance, **JH:** Uh Huh.. **RM:** I was cleared to carry firearms around presidents and dignitaries, it doesn't matter. Umm I had a very in-depth investigation done into me, so here's the interesting part, and, and again Kelly can send you this picture, or these pictures, if you are interested. And she's actually done a little more research into it because I told her about it too. Umm so we're sitting up, we're on the top level now {marker 5:46} there's probably 10 of us or 15, or however many were with us. um on that top level about 15 feet from the doors just before they open up.

**JH** OK

**RM** alright so everybody is sitting there people are yelling and screaming, everybody is cheering, all kinds of stuff its chaotic but were just kind of there you know and all of a sudden the doors open up from the inside. **JH:** OK **RM:** I have a picture taken about 2 seconds before the doors open and then I have a picture taken about 6 seconds later and the doors were open .

**JH:** Right,{marker6:24} and they were not open from the outside

**RM:** They were open from the inside

**JH:** Ok

**RM:** Now, one of the stories I read recently was that some Marine, some marine major went inside managed to run around and open up the doors

**JH:** OK

**RM:** {marker 6:40} well, and I think that was on your website as well,

**JH:**OK

**RM:**    um but here's what I can tell you about magnetic locks,

**JH:** alright

**RM:** {marker 6:51} if a door is locked with a mag lock they cannot be opened from the outside or the inside

**JH:** right

**RM:**   um, unless the person controlling that door opens that door by turning off the magnetic lock.

**JH:** Sure

**RM:** which those doors, according to the photos I took are equipped with.

**JH:** holy cow, that's really big news there

**RM:**   now these magnetic locks, I worked in the American embassy overseas, they are very very strong.

**JH:** {marker 7:29} yea **I'm** sure and they, this is the US Capitol, you would think that they would have top security there, with something like that

**RM:** yea so**,** now to give you an idea how strong they are, you could tie a chain to the handlebars of the door and tie it onto a truck.    you can take off with the truck and it is probably going to rip the door handles off but it is not going to open that door.

**JH:** wow that's amazing..

**RM:** The only way those doors can be opened if they want to be opened is from inside a security booth that is also equipped with a magnetic lock

**JH:** ahh ok

**RM:** so there's no way..

**JH:** has this ever been recorded/reported (difficult to understand)

**RM:** not that I've heard of

**JH:** Oh my God, this is really big

**RM:** now if you look at any photos of people filing...

**JH:** do we, do we, do you think Kelly can send me that photo

**RM:** she probably could

**JH:** Ok, I'm going to ask her for that for sure

**RM:** yea, so, if, anybody

**JH:** uh huh

**RM:**   {marker 8:33} if those magnetic locks have been engaged, in other words if the capitol police did not want people opening that door, now I can understand they might say well we have police outside so we didn't want to engage them, but if they did not want those magnetic locks open,-(a bit garbled) it's a

flip of a switch, there is nothing, nothing on this earth that could have opened that door, no person, no group of people, no hundreds of people, no thousands of people, that could have opened those doors.

**JH:** right, right.

**RM:** nobody could have opened those doors

**JH:** That is really a ?big story? (garbled/talking over each other)

**RM:** unless the capitol police wanted those doors open.

**JH**: right right, OK

**RM:** alright so,

**JH:** so the doors open and then you ah, you walked in with uh, (talking over each other) …

**RM:** (difficult to understand) now we're all, there's not us only, I mean there's thousands of people on that top shelf, when the doors open I was actually lifted off my feet for about a    second or two, because when the doors opened the people that were there just pushed forward all at once as soon as those doors were open it was just a forward momentum.

**JH:** Yea, that's how, that's how people got crushed actually, the one woman who uh…

**RM:** yea I uhm, I saved a woman's life from being crushed probably 10 min before that… I saw an old woman and a walker walk up to the steps.

**JH:** oh my God

**RM:** I actually helped walk her up, with her husband, and I said " I don't think you want to be to up here because its just too chaotic," umm, but they wanted to be up there and they went all the way to the top- a woman and a walker and her husband, and they had to be in their 70's.

  **JH:** Oh my God, and you know what it was so cold that day too.

**RM:** it was, there were so people there of all walks and stripes, I saw more Vietnamese people there than I think I've ever seen in my life.

**JH:**    right, right