NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  21-cr-28-APM

Jason Dolan
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Michael T. van der Veen 75616
(Attorney & Bar ID Number)

van der Veen, O'Neill, Hartshorn and Levin
(Firm Name)

1219 Spruce Street
(Street Address)

Philadelphia     PA     19107
(City)           (State)  (Zip)

215-546-1000
(Telephone Number)