IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:20-cr-00028-APM-15 |
| JASON DOLAN | |
| **Defendant**. | |

## MOTION TO SEAL EXHIBIT

Jason Dolan, by counsel, pursuant to Local Criminal Rule 49 for the United States District Court for the District of Columbia, respectfully asks the Court for an order to seal Exhibit 1, attached to his Response to Government's Motion for Revocation of Order of Release. In support, he states as follows:

1. Exhibit 1 is a United States Probation Office pretrial services report prepared by Officer Nathan Vreeland on May 27, 2021, in regard to Mr. Dolan.

2. Pursuant to Local Criminal Rule 49(e), Defendant moves for an Order to seal Exhibit 1, attached to his Response to Government's Motion for Revocation of Order of Release.

3. "Except as provided in paragraph (2) of this subsection, information obtained in the course of performing pretrial services functions in relation to a particular accused shall be used only for the purposes of a bail determination and shall otherwise be confidential. Each pretrial services report shall be made available to the attorney for the accused and the attorney for the Government." Title 18 U.S.C. § 3153(c)(1).

4. The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests. Sealing this document is appropriate here, where the information contained in them involves sensitive and confidential personal information.

5. Undersigned counsel inadvertently filed Exhibit 1 publicly, and now respectfully requests for Exhibit 1 to be sealed.

WHEREFORE, Mr. Dolan requests that Exhibit 1, attached to his Response to Government's Motion For Revocation of Order of Release, be sealed until further order of the Court.

                                                       Jason Dolan
                                                       By Counsel

By:

/s/ Michael T. van der Veen
Michael T. van der Veen
Attorney for Defendant
Pennsylvania Bar No. 75616
van der Veen, O'Neill, Hartshorn, and Levin
1219 Spruce Street
Philadelphia, PA 19107
P: (215) 546-1000
F: (215) 546-8529
mtv@mtvlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on June 11, 2021, I electronically filed the foregoing using the CM/ECF system, which sends a notification of filing (NEF) to all counsel of record.

                                                /s/ Michael T. van der Veen
                                                Michael T. van der Veen
                                                Attorney for Defendant