IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) No. 1:21-cr-00028-APM-15 | |
| | ) | |
| JASON DOLAN, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF EXHIBIT IN SUPPORT OF GOVERNMENT'S
MOTION FOR REVOCATION OF ORDER OF RELEASE (ECF 227)**

The attached three-page document was provided to the Court in connection with the detention hearing that occurred on June 11, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By: _____
Jeffrey S. Nestler
Assistant United States Attorney
D.C. Bar No. 978296
Ahmed M. Baset
Troy A. Edwards, Jr.
Louis Manzo
Kathryn Rakoczy
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530


*/s/ Alexandra Hughes*
Alexandra Hughes
Justin Sher
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue
NW Washington, D.C. 20004

**United States v. Jason Dolan, 21-cr-28**

USCP Exterior Camera (1:59 PM): DOLAN and HARRELSON move towards the East Capitol at approximately the time that the barricades are breached.



USCP Exterior Camera (2:00 PM): DOLAN and HARRELSON take photos/videos near the barricade breach at the East Capitol.



1

**United States v. Jason Dolan, 21-cr-28**

USCP Exterior Camera (2:00 PM): DOLAN and HARRELSON move off camera towards the Capitol.



USCP Exterior Camera (2:02:32 PM): Dolan physical altercation with USCP police line.



2

Still frames from footage above:

2:03:33 PM



2:03:34 PM



2:03:35 PM



2:03:36 PM

