# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 1:21-cr-00028-APM-15 |
| **v.** ) | |
| **JASON DOLAN** ) | |
| **Defendant** ) | |

## NOTICE OF JOINING MOTIONS

Jason Dolan is charged in counts 1, 2, 3 and 4 of the pending indictment in the instant matter. By and through undersigned counsel Michael van der Veen, he hereby provides notice to the Court and parties that he joins and adopts the following motions:

Harrelson Motion to Dismiss Counts 1, 2, 3, and 4

Caldwell Motion to Change Venue

Caldwell Motion to Dismiss

Crowl Motion to Dismiss

**VAN DER VEEN, HARTSHORN, AND LEVIN**

DATE: 07/29/21        BY:    */s/ Michael T. van der Veen*
                              Michael T. van der Veen
                              Attorney for Defendant
                              Pennsylvania Bar No. 75616
                              van der Veen, Hartshorn, and Levin
                              1219 Spruce Street
                              Philadelphia, PA 19107
                              P: (215) 546-1000
                              F: (215) 546-8529
                              mtv@mtvlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion has been served by ECF on all parties on this 29th day of July, 2021.

        BY:   */s/ Michael T. van der Veen*
                  Michael T. van der Veen
                  Attorney for Defendant
                  Pennsylvania Bar No. 75616
                  van der Veen, Hartshorn, and Levin
                  1219 Spruce Street
                  Philadelphia, PA 19107
                  P: (215) 546-1000
                  F: (215) 546-8529
                  mtv@mtvlaw.com