IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) **Nos.** | |
| **GRAYDON YOUNG,** | ) | **1:21-cr-28-6 (APM)** |
| **JASON DOLAN,** | ) | **1:21-cr-28-15 (APM)** |
| **MARK GRODS,** | ) | **1:21-cr-437 (APM)** |
| **CALEB BERRY,** | ) | **1:21-cr-460 (APM)** |
| **JOSHUA JAMES,** | ) | **1:22-cr-15-5 (APM)** |
| **BRIAN ULRICH, and** | ) | **1:22-cr-15-9 (APM)** |
| **WILLIAM TODD WILSON,** | ) | **1:22-cr-152 (APM)** |
| | ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT

The government reports that Defendants Graydon Young, Jason Dolan, Mark Grods, Caleb Berry, Joshua James, Brian Ulrich, and William Todd Wilson continue to cooperate with the government. The parties request the Court schedule sentencing dates and corresponding briefing schedules across November, December, and January. The government and counsel for each of the cooperating defendants have consulted and will reach out to chambers with available dates in that time range.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
Troy A. Edwards, Jr.
Assistant United States Attorney
N.Y. Bar No. 5453741
Troy A. Edwards, Jr.
Alexandra Hughes
Louis Manzo
Jeffrey S. Nestler
Kathryn Rakoczy
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530