IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:21-cr-00028-APM-15 |
| | : | |
| **v.** | : | |
| | : | |
| **JASON DOLAN,** | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

COMES NOW the Defendant, Jason Dolan (hereinafter "Mr. Dolan"), by and through counsel, Michael T. van der Veen and William J. Brennan, and requests that this Honorable Court amend his Conditions of Release, and in support of said motion states as follows:

1) On or about May 26, 2021, Defendant was indicted in the United States District Court for the District of Columbia.

2) On May 27, 2021, Mr. Dolan was arrested in the Southern District of Florida, and the Government moved for pre-trial detention. The U.S. Probation Office recommended that Mr. Dolan be released on conditions.

3) On June 3, 2021, following a bifurcated detention hearing, Judge Matthewman in the Southern District of Florida found that the presumption of detention under Section 3142(e)(3)(C) was successfully rebutted by the defense, denied the government's motion for detention, and ordered that Mr. Dolan be released.

4) On June 8, 2021, the government filed a motion to Revoke Order of Release.

5) On June 11, 2021, following an arraignment and detention hearing held via teleconference, the Honorable Amit P. Mehta denied the Government's Motion for

Revocation of Order of Release. Mr. Dolan was released and put on home detention with a condition of Global Positioning System ("GPS") Monitoring.

6) On September 15, 2021, Mr. Dolan pled guilty to Counts 1 and 2 of the Fifth Superseding Indictment, namely, Conspiracy, in violation of 18 U.S.C. § 371 and Obstruction of an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(2).

7) Mr. Dolan's sentencing is currently scheduled for September 30, 2024, before the Honorable Amit P. Mehta.

8) Mr. Dolan has essentially been imprisoned for over three (3) years since his release with the condition to participate with GPS monitoring.

9) Mr. Dolan is fully compliant with the current imposed conditions of release and has had no violation or infraction of any kind since he was released with GPS monitoring over three (3) years ago.

10) Mr. Dolan respectfully requests Your Honor remove the GPS monitoring condition of his release.

11) Defense counsel has corresponded with the Government, specifically, Assistant United States Attorney Alexandra Hughes, and they have no objection to this request.

12) As such, Mr. Dolan respectfully requests Your Honor to modify his conditions of release as outlined above.

13) All other pretrial supervision conditions will remain in effect.

14) Therefore, Mr. Dolan requests this Honorable Court to remove the location monitoring condition of his release, and more specifically, Defendant respectfully requests his ankle monitor be removed.

WHEREFORE, based on the foregoing, the Defendant requests to be removed from the location monitoring condition of his release, and allow the ankle monitor be removed.

Respectfully Submitted,

Date: July 12, 2024

/s/ Michael T. van der Veen
Michael T. van der Veen
Attorney for Defendant
Pennsylvania Bar No. 75616
van der Veen, Hartshorn, Levin & Lindheim
1219 Spruce Street
Philadelphia, PA 19107
P: (215) 546-1000
F: (215) 546-8529
mtv@mtvlaw.com

Date: July 12, 2024

/s/ William J. Brennan
William J. Brennan
Attorney for Defendant
Pennsylvania Bar No. 49665
Brennan Law Offices
1600 Locust Street
Philadelphia, PA 19103
P: (215) 568-1400
F: (215) 568-1449
Brennan_law@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2024, a copy of the foregoing *Unopposed Motion to Modify Conditions of Release* was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:  Alexandra Hughes, AUSA
Assistant United States Attorney
District of Columbia
alexandra.hughes@usdoj.gov


/s/ Michael T. van der Veen
Michael T. van der Veen, Esq.


/s/ William J. Brennan
William J. Brennan, Esq.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:21-cr-00028-APM-15 |
| | : | |
| **v.** | : | |
| | : | |
| **JASON DOLAN,** | : | |
| | : | |
| Defendant. | : | |

# ORDER

Upon consideration of the Defendant's *Unopposed Motion to Modify Conditions of Release,* it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant's conditions of release requiring GPS monitoring and requiring Defendant to wear an ankle monitor be removed.

Date: _____

_____
JUDGE AMIT P. MEHTA