**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLOMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:21-cr-00028-APM-15** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JASON DOLAN,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Defendant's *Unopposed Motion to Modify Conditions of Release,* it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant's conditions of release requiring GPS monitoring and requiring Defendant to wear an ankle monitor be removed.

Date: _____       _____

JUDGE AMIT P. MEHTA