UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.  1:21-cr-00028-15 (APM) |
| JASON DOLAN | Sentencing: September 30, 2024 |

**CONSENT MOTION FOR PRE-SENTENCE PAYMENT**

The United States of America, pursuant to 28 U.S.C. §§ 1651, 2041 and 2042 (with related authority of Fed. R. Civ. P. 67), with the full consent of Counsel for the Defendant, respectfully moves this Court for an order directing the Clerk of the Court to accept pre-sentence payments toward the uncontested criminal financial obligations to be imposed, and in support states:

1. Defendant JASON DOLAN has executed a Plea Agreement (Docket Doc. No. 427) stating his intention to plead guilty to Counts One and Two of the Fifth Superseding Indictment (Docket Doc. No. 328) charging Conspiracy, in violation of 18 U.S.C. § 371, and Obstruction of an Official Proceeding (Congress), in violation of 18 U.S.C. § 1512(c)(2).

2. Pursuant to the Plea Agreement filed in this case, the Defendant has agreed to make payments toward his criminal financial obligations, particularly a special assessment of $100 and mandatory restitution in the amount of $2,000.00.

3. The Defendant may submit a payment in one of various forms made payable to the Clerk of the Court with 1:21-cr-00028-15 noted on each payment mailed or delivered to:

Clerk, U.S. District Court
Attn: Finance
333 Constitution Ave, NW
Washington, D.C.  20001

4. Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of the Defendant until the time of sentencing. Further, pursuant to 28 U.S.C. § 2042, the United States requests an order that upon the entry of a criminal judgment in this case, the Clerk of the Court is to withdraw and apply the deposited funds to the criminal financial obligations imposed against the Defendant.

5. The Court has the discretion to order the requested relief pursuant to the All Writs Act, 28 U.S.C. § 1651, which provides that "all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."

6. Counsel for the United States has conferred with Counsel for the Defendant, who have consented to the requested order in aid of the Plea Agreement and the presentence payment.

7. Nothing in this motion shall limit or in any way waive or release any administrative or judicial civil claim, demand, or cause of action, whatsoever, of the United States or its agencies.

WHEREFORE, the United States moves this Court for an order directing the Clerk of the Court to accept pre-sentence payments to be held on deposit until sentencing, and thereafter apply those funds toward the criminal monetary obligations imposed against the Defendant as provided by law and in accordance with the Clerk's standard operating procedures.

August 23, 2024

Respectfully submitted,

MATTHEW GRAVES, D.C. Bar #481052
United States Attorney

By: /s/ *Oliver W. McDaniel*
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Kathryn L. Rakoczy, D.C. Bar No. 994-559
Troy A. Edwards, Jr.
Alexandra Hughes
Assistant United States Attorneys

Civil and Criminal Divisions
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20530
(202) 252-2508 | oliver.mcdaniel@usdoj.gov
(202) 252-6928 | kathryn.rakoczy@usdoj.gov

*Counsel for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify, on this 23rd day of August, 2024, that the foregoing Consent Motion for Pre-Sentence Payment was served by this Court's Electronic Case Filing (ECF) system, to the extent that the recipient has access, or by email, on the following parties or counsel thereto:

Michael T. van der Veen (mtv@mtvlaw.com)
William J. Brennan (Brennan_law@hotmail.com)
Rick Hutchinson (rick@hutchhufflaw.com)

                                             /s/
                               OLIVER W. McDANIEL
                               Assistant United States Attorney