UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:21-cr-28-15 |
| | : | |
| v. | : | |
| | : | |
| **JASON DOLAN,** | : | |
| | : | |
|     **Defendant.** | : | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

COMES NOW the Defendant, Jason Dolan ("Mr. Dolan"), by and through counsel, Michael T. van der Veen and William J. Brennan, respectfully moves this Court to continue the sentencing hearing currently scheduled for November 22, 2024 for approximately 60 days until on or about January 21, 2025 and in support thereof avers as follows:

1. On or about May 26, 2021, Mr. Dolan was indicted on one (1) count of Conspiracy, in violation of 18 U.S.C. § 371, one (1) count of Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2), 2, one (1) count of Destruction of Government Property and Aiding and Abetting, in violation of 18 U.S.C. §§ 1361, and one (1) count of Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1).

2. On August 4, 2021, the Government filed a superseding indictment, charging Mr. Dolan with the above charges as well as one (1) count of Civil Disorder and Aiding and Abetting, in violation of 18 U.S.C. §§ 231(A)(3), 2.

3. On September 15, 2021, Mr. Dolan pled guilty to Counts one (1) and two (2) of the Fifth Superseding Indictment, namely, Conspiracy, in violation of 18 U.S.C. § 371 and Obstruction of an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(2).

4. Sentencing in this matter is currently scheduled for November 22, 2024, at 2:00 P.M.

5. As noted in the Government's recent continuance request in this matter, "'It is firmly established that the granting or refusal of a continuance is a matter within the discretion of the judge who hears the application, and is not subject to review absent a clear abuse.' *United States v. Burton*, 584 F.2d 485, 489 (D.C. Cir. 1978)."

6. As the Court is aware, Donald J. Trump ("President-Elect Trump") won the 2024 election, and will be sworn in as the 47th President of the United States of America in January 2025.

7. As the Court may be aware, since January 6, 2021, President-Elect Trump has made many remarks indicating he will pardon those who are charged and sentenced in connection with the events that occurred on January 6, 2021, as well as stop the prosecution (as a whole) of those who participated in the events of January 6, 2021.

8. Given the circumstances of Mr. Dolan's matter, it is not far-fetched to presume that Mr. Dolan's case may not be prosecuted and/or that he may be a recipient of an aforementioned pardon.

9. Should President-Elect Trump stick to his word, many individuals' cases will terminate.

10. As such, Mr. Dolan respectfully requests his sentencing matter be continued until such that time President-Elect Trump makes executive decisions as it relates to himself, and other individuals connected to January 6, 2021.

11. A continuance in this matter would conserve the resources of the Court, the Government and Mr. Dolan. More specifically, it would conserve: (1) financial resources for Mr. Dolan and his friends and family to travel to Washington D.C. for his sentencing hearing; (2) resources for Mr. Dolan's counsel to travel to Washington D.C. for Mr. Dolan's sentencing hearing; (3) resources for the Government and Defense counsel to adequately prepare for the

upcoming sentencing hearing; and (4) judicial resources and time, as Mr. Dolan's case and forthcoming sentencing could be rendered obsolete, all of which may not be necessary and moot in two (2) months based on the information provided above.

12. There is a real possibility that Mr. Dolan can avoid a permanent conviction in this case. If Mr. Dolan's sentencing date is not continued, his conviction becomes final, and his only recourse would be to apply for a pardon, which, again, will require ample resources on behalf of Mr. Dolan and Mr. Dolan's counsel.

13. Defense counsel has consulted with the Government concerning their position on Mr. Dolan's request, but as of the time of this filing, Defense counsel has not yet heard back.

WHEREFORE, Mr. Dolan respectfully requests that the Court continue his sentencing hearing currently scheduled for November 22, 2024.

Respectfully Submitted,

Date: November 12, 2024

/s/ Michael T. van der Veen
Michael T. van der Veen
Attorney for Defendant
Pennsylvania Bar No. 75616
van der Veen, Hartshorn, Levin & Lindheim
1219 Spruce Street
Philadelphia, PA 19107
P: (215) 546-1000
mtv@mtvlaw.com

/s/ William J. Brennan
William J. Brennan
Attorney for Defendant
Pennsylvania Bar No. 49665
Brennan Law Offices
1600 Locust Street
Philadelphia, PA 19103
P: (215) 568-1400
Brennan_law@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2024 a copy of the foregoing *Motion to Continue Sentencing Hearing* was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:  Kathryn L. Rakoczy
Assistant United States Attorney
District of Columbia
Kathryn.Rakoczy@usdoj.gov

/s/ Michael T. van der Veen
Michael T. van der Veen, Esq.

/s/ William J. Brennan
William J. Brennan, Esq.