UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-28 (APM) |
| | : | |
| **JASON DOLAN,** | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant Jason Dolan's Motion to Continue Sentencing, ECF No. 1209. No material change to the facts or law at issue in this case have occurred since the Court scheduled the sentencing date, and the government remains prepared to proceed to sentencing on that date. The Court should therefore deny the defendant's motion.

There is a public interest in the prompt and efficient administration of justice. The government disagrees that a continuance is warranted here, and the Court should proceed as it would in any other prosecution. *See, e.g.*, *United States v. Jaimee Avery*, 24-cr-00079 (CRC), November 6, 2024 Minute Order (denying continuance of sentencing hearing based on claim of potential clemency); *United States v. Nicholas Fuller*, No. 23-cr-209 (CKK), Nov. 6, 2024 Minute Entry (denying motion to continue sentencing hearing based on claim of potential clemency); *United States v. Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024 Minute Order (denying motion to continue status conference based on claim of potential clemency); *United States v. Bosch*, No. 24-cr-210 (DLF), Nov. 7, 2024 Minute Order (denying motion to continue trial based on claim of potential clemency); *United States v. Lichnowski*, 23-cr-341 (RBW), November 7, 2024 Minute Order (denying motion to continue sentencing hearing based on claim of potential clemency);

*United States v. Stephen Michael Baker*, 24-cr-121 (CRC), November 11, 2024 Minute Order (denying motion to continue trial based on claim of potential clemency).

Here, Dolan is charged with two felony counts, including conspiracy to obstruct Congress' certification of the election on January 6, 2021. *See also* ECF 428 (Statement of Offense, summarizing Dolan's criminal conduct). It has been nearly four years since the attack on the Capitol. Dolan's case has been pending before this court for roughly three-and-a-half. This Court should not countenance any further delay in the administration of justice in this case.

For the foregoing reasons, the Court should deny the defendant's motion to continue and proceed with sentencing on November 22, 2024. The government plans to file its sentencing memorandum later today but does not oppose the Court granting the defense an extension until early next week for the submission of their memorandum.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      United States Attorney
                                        D.C. Bar No. 481052

BY: _____
                                        Kathryn L. Rakoczy
                                        D.C. Bar No. 994-559
                                        Assistant U.S. Attorney
                                        U.S. Attorney's Office
                                          for the District of Columbia
                                        601 D Street, N.W., Room 5.236
                                        Kathryn.Rakoczy@usdoj.gov