UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:21-cr-28-15 |
| | : | |
| v. | : | |
| | : | |
| **JASON DOLAN,** | : | |
| | : | |
| **Defendant** | : | |

**EMERGENCY MOTION FOR IMMEDIATE TERMINATION OF PROBATION**

COMES NOW the Defendant, Jason Dolan ("Mr. Dolan"), by and through counsel, Michael T. van der Veen and William J. Brennan, and respectfully moves this Court to order the immediate termination of probation, based on the pardon issued by President Donald J. Trump ("President Trump") on January 20, 2025.

On January 20, 2025, President Trump issued an executive order pardoning all but 14 delineated January 6th defendants. Section (b) of the executive order "grant[s] a full, complete and unconditional pardon to **all** other individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021." (https://www.whitehouse.gov/presidential-actions/2025/01/granting-pardons-and-commutation-of-sentences-for-certain-offenses-relating-to-the-events-at-or-near-the-united-states-capitol-on-january-6-2021/) (emphasis added). The 14 delineated individuals excluded from said order had their sentences commuted, none of which are Mr. Dolan. As such, Mr. Dolan received an unconditional pardon from President Trump.

Mr. Dolan is currently serving a sentence of 36 months of probation and is supervised by the Southern District of Florida. Based on President Trump's executive order, Mr. Dolan's probation should have been terminated immediately. However, that is not the case.

Defense counsel has spoken with Mr. Dolan's probation officer, who is awaiting further instruction from the District of Columbia. Mr. Dolan's probation officer indicated that if an order from Your Honor is signed terminating Mr. Dolan's probation, that would be very helpful.

**WHEREFORE**, Mr. Dolan respectfully moves this Court to order the immediate termination of probation, based on the pardon issued by President Donald J. Trump on January 20, 2025.

Respectfully Submitted,

Date: January 22, 2025

/s/ Michael T. van der Veen
Michael T. van der Veen
Attorney for Defendant
Pennsylvania Bar No. 75616
van der Veen, Hartshorn, Levin & Lindheim
1219 Spruce Street
Philadelphia, PA 19107
P: (215) 546-1000
F: (215) 546-8529
mtv@mtvlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2025, a copy of the foregoing *Emergency Motion For Immediate Termination of Probation* was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:  Kathryn L. Rakoczy
U.S. Attorney's Office for the District of Columbia
601 D Street NW, Washington, DC 20530
Kathryn.Rakoczy@usdoj.gov

/s/ Michael T. van der Veen
Michael T. van der Veen, Esq.